UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                         **ORDER**
                Plaintiff,            10-cv-1520 (ADS) (WDW)

        -against-

Robert P Griggs, a/k/a Robert Briggs, Robert
Griggs, Jr., Robert P. Griggs Jr., Robert Paul Griggs
Jr.,

                Defendant.
----------------------------------------------------------X

**APPEARANCES:**

Solomon and Solomon, P.C.
*Attorneys for the plaintiff*
Five Columbia Circle
Albany, NY 12203
        By:    Douglas M. Fisher, Esq., of Counsel

**NO APPEARANCE:**
Robert Griggs


**SPATT, District Judge.**

       The petitioner United States of America commenced this action on or about April 6, 2010, seeking to recover unpaid debts and related interest owed by the defendant Robert Griggs. The Court entered a default judgment against the defendant on September 7, 2010, and referred the matter to United States Magistrate Judge William D. Wall for an inquest as to damages. On September 20, 2010, Judge Wall

issued an order directing the plaintiff to submit additional documentation in support of its damages request. The plaintiff failed to respond to this order, and on December 7, 2010, Judge Wall issued a Report and Recommendation recommending that the Court award no damages to the plaintiff. To date, there have been no objections to Judge Wall's Report and Recommendation.

In reviewing a report and recommendation, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. §636(b)(1)(C). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Wilds v. United Parcel Serv., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003) (citing Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)). The Court has reviewed Judge Wall's Report and finds it be persuasive and without any legal or factual errors. There being no objection to Judge Wall's Report, the Court adopts the Report.

Therefore, it is hereby

**ORDERED** that Judge Wall's Report and Recommendation is adopted in its entirety, and it is further

**ORDERED** that the Clerk of the Court is directed to enter a default judgment against the defendant in the amount of no damages, and it is further

**ORDERED** that the Clerk of the Court is directed to close this case.

**SO ORDERED.**

Dated: Central Islip, New York
January 8, 2011

                                                 */s/ Arthur D. Spatt*
                                                 ARTHUR D. SPATT
                                                 United States District Judge